```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 11272
    CASEY MULLEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6563


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/03/2008 and was not confirmed.

    The case was dismissed without confirmation 11/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID            PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED                   .00          .00             .00
COOK COUNTY TREASURER      UNSECURED          NOT FILED           .00             .00
AMERICAN HOME MTG          CURRENT MORTG            .00           .00             .00
AMERICAN HOME MTG          MORTGAGE ARRE   14436.00               .00             .00
OPTION ONE MORTGAGE        CURRENT MORTG            .00           .00             .00
OPTION ONE MORTGAGE        MORTGAGE ARRE    5262.00               .00             .00
OPTION ONE MORTGAGE        UNSECURED          NOT FILED           .00             .00
TRANSPORTATION INVESTMEN   SECURED VEHIC           .00            .00             .00
ARROW FINANCIAL SERV       UNSECURED           233.44             .00             .00
ASSET ACCEPTANCE LLC       UNSECURED           666.91             .00             .00
JOSEPH WROBEL              DEBTOR ATTY      3,000.00                         1,809.60
TOM VAUGHN                 TRUSTEE                                             140.40
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,950.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,809.60
TRUSTEE COMPENSATION                                  140.40
DEBTOR REFUND                                            .00
                        ---------------        ---------------
TOTALS                  1,950.00                    1,950.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 11272 CASEY MULLEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE